1  James C. Pistorino (SBN 226496)
      james@dparrishlaw.com
2  Parrish Law Offices
   224 Lexington Dr.
3  Menlo Park, CA 94025
   Telephone: (650) 400-0043
4
   Pro Se
5

6                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
7

8  James Pistorino,                    )  Case Number: _____
                                       )
9         Plaintiff,                   )
                                       )
10     vs.                             )  Certificate of Interested Parties
                                       )
11                                     )
   Xavier Becerra, in his capacity as the  )
12 Secretary of the United States Department of )
   Health and Human Services,          )
13                                     )
          Defendants.
14
   _____

15        Pursuant to Civil L.R. 3-15, the undersigned certifies that, as of this date, other than the

16 named parties, there is no such interest to report.

17

18

19 Dated: January 7, 2022              Respectfully submitted,
20

21

22                                     _____
                                       James C. Pistorino (SBN 226496)
23                                         james@dparrishlaw.com
                                       Parrish Law Offices
24                                     224 Lexington Dr.
                                       Menlo Park, CA 94025
25                                     Telephone: (650) 400-0043

26                                     Pro Se

27

28

   Certificate of Interested Parties