UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| James Charles Pistorino,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>United States Department of Health & Human Services,<br><br>　　　　Defendant. | Case Number: C 22-cv-00177-LB<br><br>**JOINT STATUS REPORT** |

　　　　The parties to the above-entitled action jointly submit this Joint Status Report. The parties have met and conferred and come to agreement on production which shall be completed by July 21, 2022.

Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　STEPHANIE M. HINDS
　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

Dated: May 16, 2022　　　　By:　　**/s/ Michael A. Keough*
　　　　　　　　　　　　　　　　　　　　　　　MICHAEL A. KEOUGH
　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant

Dated: May 16, 2022　　　　By:　　/s/ James C. Pistorino

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JAMES C. PISTORINO

Plaintiff *Pro Se*

\*\* Pursuant to Civ. L.R. 5-1(i)(3), the filer of the document has obtained approval from this signatory.