STEPHANIE M. HINDS (CABN 154284)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
MICHAEL A. KEOUGH (NYRN 5199666)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, CA 94102-3495
   Telephone: (415) 436-7200
   FAX: (415) 436-6748
   michael.keough@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES PISTORINO,<br><br>    Plaintiff,<br><br>  v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>    Defendant. | No. 3:22-cv-00177-LB<br><br>**JOINT REQUEST TO VACATE CASE MANAGEMENT CONFERENCE AND SET FURTHER CASE SCHEDULE; [PROPOSED] ORDER**<br><br>**Current CMC Date:   August 29, 2022**<br>**Time:                         1:30 p.m.** |

Plaintiff James Pistorino and Defendant U.S. Department of Health and Human Services (together, the "Parties") hereby STIPULATE and respectfully REQUEST that the Court vacate and continue the Case Management Conference ("CMC"), presently scheduled for August 29, 2022, in accordance with the proposed case schedule below.

This action, filed on January 11, 2022, includes claims for relief under the Freedom of Information Act ("FOIA"). *See* ECF No. 1. On April 14, 2022, the Court adopted the dates set forth in the parties' joint case management statement (Dkt. 17), and set July 21, 2022 as the date by which Defendant would produce the requested data. *See* Dkt. 18. On July 21, 2022, Plaintiff received the requested data on three hard drives. After meeting and conferring regarding follow-up questions, Plaintiff received an additional production of data on August 15, 2022. No disputes remain regarding

1    the completeness of the response.  The only outstanding issue is whether an award of fees and/or costs is

2    appropriate, and the parties are presently meeting and conferring to resolve this issue.

3            Accordingly, the parties request that the Court enter the following case schedule:

4            1.      By October 28, 2022, the Parties shall either (1) enter a voluntary dismissal of the action,

5    if the issue of fees and/or costs is resolved, or (2) submit a joint status report containing a proposed

6    briefing schedule for a motion to award fees and/or costs.

7            2.      The Parties additionally request that the Case Management Conference, presently

8    scheduled for September 29, 2022, be vacated.

9            SO STIPULATED.

10

Respectfully submitted,

11
                                              STEPHANIE M. HINDS
12                                            United States Attorney

13   Dated: September 22, 2022        By:     */s/ Michael A. Keough*
                                              MICHAEL A. KEOUGH
14                                            Assistant United States Attorney
                                              Attorney for Defendant
15

16
     Dated: September 22, 2022        By:     ***/s/ James C. Pistorino*
17                                            JAMES C. PISTORINO

18                                            Plaintiff *Pro Se*

19                                            ** Pursuant to Civ. L.R. 5-1(i)(3), the filer of the document
                                                  has obtained approval from this signatory.
20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
3:22-CV-00177-LB                                          2

1

**[PROPOSED] ORDER**

2      IT IS SO ORDERED.  The Case Management Conference, presently scheduled for September

3   29, 2022, is VACATED.  By October 28, 2022, the Parties shall either (1) enter a voluntary dismissal of

4   the action, if the issue of fees and/or costs is resolved, or (2) submit a joint status report containing a

5   proposed briefing schedule for a motion to award fees and/or costs.

6

7

8   Dated: _____, 2022      _____

9                                                    LAUREL BEELER
                                                     United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28