STEPHANIE M. HINDS (CABN 154284)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
MICHAEL A. KEOUGH (NYRN 5199666)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
Fax: (415) 436-6570
Email: michael.keough@usdoj.gov

*Attorneys for Defendant*

JAMES C. PISTORINO (CABN 226496)
PARRISH LAW OFFICES
224 Lexington Drive
Menlo Park, California 94025
Tel: (650) 400-0043
Email: james@dparrishlaw.com

*Plaintiff Pro Se*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES PISTORINO,<br><br>   Plaintiff,<br><br>   v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>   Defendant. | Case No. 3:22-CV-00177-LB<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

TO THE COURT AND ALL PARTIES:

The parties, by and through their respective counsel, agree that Plaintiff James Pistorino's Complaint (Dkt. 1) against Defendant the U.S. Department of Health and Human Services, including all causes of action and claims asserted, is voluntarily dismissed with prejudice from the above-referenced action pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.  Each side shall bear its own fees and costs.

IT IS SO STIPULATED.

| | |
|---|---|
| 1   DATED: November 30, 2022 | Respectfully submitted, |
| 2 | STEPHANIE M. HINDS<br>United States Attorney |
| | /s/ *Michael A. Keough\** <br>MICHAEL A. KEOUGH<br>Assistant United States Attorney |
| | *Attorneys for Defendant* |
| | /s/ *James Pistorino*<br>JAMES PISTORINO |
| | *Plaintiff Pro Se* |

\* *In compliance with Civil Local Rule 5-1(h)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

STIPULATION OF DISMISSAL WITH PREJUDICE
Case No: 3:22-CV-00177-LB

2